SHEEHEY, Respondent, v. DALY, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by John J. Sheehey against Priscilla E. Daly, as administratrix, etc., of Helen Egan, deceased. PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to

abide the event, upon the ground that the plaintiff was not competent to testify to his visits to the house, the number thereof, or the value of his services to decedent, and that the testimony of Ryan does not definitely show a number of visits that sustains the finding of $118.

**SHRIVER**, Respondent, v. **NEW YORK CENT. & H. R. R. CO.**, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Seymour W. Shriver against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.